IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10825
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ARDELBERT MITCHELL, also known as Day Day,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:98-CR-23-1
- - - - - - - - - -

February 10, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

    Ardelbert Mitchell appeals his sentence for distribution of
cocaine base within 1,000 feet of a public housing facility.
Mitchell contends that the district court abused its discretion
by denying him a downward departure.

    We lack jurisdiction to review a defendant's challenge to
his sentence based upon mere dissatisfaction with the court's

_____

    [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

    [**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

refusal to grant a downward departure. *United States v. DiMarco*, 46 F.3d 476, 477 (5th Cir. 1995). A refusal to depart downward is a violation of law only if the district court mistakenly assumed that it lacked the authority to depart. *United States v. Burleson*, 22 F.3d 93, 95 (5th Cir. 1994).

The district court did not mistakenly assume that it lacked the authority to depart. Accordingly, his appeal is DISMISSED.